**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-00717-LTB

FEDERATED SERVICE INSURANCE COMPANY,

    Plaintiff,

v.

ADOLPH LOPEZ,
ALISON DALTON, also known as Alison Dalton Palma, individually and as parent and legal guardian of Anthony Cruz Palma, Jr. and Aziais Arian Anthony Palma,
GAUDENCIO PALMA,
ALICIA PALMA, and
AMANDA JASO, individually and as parent and legal guardian of Leria Lopez and Lehia Lopez,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss Gaudencio Palma and Alicia Palma (Doc 20 - filed August 7, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that Defendants Gaudencio Palma and Alicia Palma only shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/ Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   August 8, 2013