**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00717-LTB-CBS

FEDERATED SERVICE INSURANCE COMPANY,

      Plaintiff,

v.

ADOLPH LOPEZ,
ALISON DALTON a/k/a ALISON DALTON PALMA, individually and as parent and legal guardian of ANTHONY CRUZ PALMA, JR., a minor, and AZIAIS ARIAN ANTHONY PALMA, a minor, and
AMANDA JASO, individually and as parent and legal guardian of LERIA LOPEZ, a minor, and LEHIA LOPEZ, a minor,

      Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


      The Stipulation and Joint Motion to Stay (Doc 35 - filed March 12, 2014) is **GRANTED**.  This action and the remaining briefing on the cross-motions for summary judgment are hereby **STAYED** until further order of the Court.  Counsel shall file status reports with the Court every 30 days.


Dated:   March 13, 2014

---