**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-00717-LTB-CBS

FEDERATED SERVICE INSURANCE COMPANY,

    Plaintiff,

v.

ADOLPH LOPEZ,
ALISON DALTON, also known as Alison Dalton Palma, individually and as parent and legal guardian of Anthony Cruz Palma, Jr. and Aziais Arian Anthony Palma, and
AMANDA JASO, individually and as parent and legal guardian of Leria Lopez and Lehia Lopez,

    Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (Doc 44 - filed July 17, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                         BY THE COURT:

                                         s/Lewis T. Babcock
                                         Lewis T. Babcock, Judge

DATED:   July 18, 2014